JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ALBA, an individual, | CASE NO. CV 11-10230-JFW (AGRx) |
| Plaintiff, | [Hon. John F. Walter, United States District Judge] |
| v. | |
| THE CADEN COMPANIES, INC., d/b/a BELLY BANDIT, a California corporation; JODI CADEN, an individual; LORI CADEN, an individual; and DOES 1-10, inclusive, | **[~~PROPOSED~~] ORDER RE DISMISSAL** |
| Defendants. | |

On stipulation of the parties pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), **IT IS HEREBY ORDERED THAT** this action is dismissed in its entirety.

DATE: July _3_, 2012

_____
JOHN F. WALTER
United States District Judge