1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ALBA, an individual, ) | CASE NO. CV 11-10230-JFW (AGRx) |
| Plaintiff, ) | [Hon. John F. Walter, United States District Judge] |
| v. ) | |
| THE CADEN COMPANIES, INC., ) d/b/a BELLY BANDIT, a California ) corporation; JODI CADEN, an ) individual; LORI CADEN, an ) individual; and DOES 1-10, ) inclusive, ) | **[~~PROPOSED~~] ORDER RE DISMISSAL** |
| Defendants. ) | |

1  On stipulation of the parties pursuant to Federal Rules of Civil Procedure,
2  Rule 41(a)(1), **IT IS HEREBY ORDERED THAT** this action is dismissed in its
3  entirety.

4
5  DATE: July _3_, 2012
   _____
6  JOHN F. WALTER
   United States District Judge